BEFORE THE DISTRICT 10B GRIEVANCE COMMITTEE
EVIDENTIARY PANEL 10B-1
STATE BAR OF TEXAS

| | |
|---|---|
| COMMISSION FOR LAWYER DISCIPLINE, Petitioner | § § § § |
| V. | §   FILE NO. S0050515262 |
| VINCENT A. LAZARO Respondent | § § § § |

### AGREED JUDGMENT OF PUBLIC REPRIMAND

This date came to be heard the above styled and numbered cause. Petitioner, the Commission for Lawyer Discipline, appeared by and through its attorney of record and announced ready. Respondent, VINCENT A. LAZARO (hereinafter referred to as "Respondent"), Texas Bar Number 00789440, appeared in person and announced ready. The Evidentiary Panel finds that it has jurisdiction over the parties and the subject matter of this action, and that venue is proper.

### Professional Misconduct

The Commission for Lawyer Discipline and the Respondent attorney have agreed to the Findings of Fact and Conclusions of Law stated below. It is further agreed the following Findings of Fact and Conclusions of Law support a judgment of public reprimand herein agreed to, and by reason of said findings and conclusions, the Evidentiary Panel finds that Respondent has committed professional misconduct.

The Evidentiary Panel, having considered all of the evidence, stipulations, and agreements, makes the following findings of fact and conclusions of law.

## Findings of Fact

1. Respondent is an attorney licensed to practice law in Texas and is a member of the State Bar of Texas.
2. Respondent resides or maintains an office in San Antonio, Bexar County, Texas.
3. The Chief Disciplinary Counsel of the State Bar of Texas has incurred reasonable attorneys' fees and direct expenses associated with the proceedings of this matter in the amount of Five Hundred and 00/100 Dollars ($500.00), which should be paid by Respondent.
4. Respondent's license to practice law was administratively suspended for the periods covering September 1, 2004 through October 18, 2004. On September 3, 2004, during a period of suspension, Respondent filed *Plaintiff's Reply to Defendants' Joint Response to Plaintiff's Motion to Alter or Amend the Substance of the Court's Judgment* in Cause No. SA-02-CA-0277 WWJ in the United States District Court, Western District of Texas, San Antonio Division. During this period, Respondent continued to practice in both state and federal courts.
5. On June 13, 2005, Respondent received notice by certified mail of the complaint filed against him by Complainant and was required to respond in writing to the State Bar of Texas within thirty (30) days after receipt of the notice. Respondent failed to complete the paperwork necessary for an extension of the deadline, and knowingly failed to timely respond to this request from the office of the Chief Disciplinary Counsel.

## Conclusions of Law

The foregoing findings of fact support a violation of Rules 8.04(a)(8) & 8.04(a)(11) of the Texas Disciplinary Rules of Professional Conduct.

The foregoing findings and conclusions support a *Judgment of Public Reprimand*, and by reason of said findings and conclusions, the Evidentiary Panel finds that Respondent has committed professional misconduct as defined by Rule 1.06(V) of the Texas Rules of Disciplinary Procedure and should be publicly reprimanded.

**IT IS ORDERED** that Respondent be and is hereby Publicly Reprimanded in accordance with the Texas Rules of Disciplinary Procedure.

### Publication

**IT IS ORDERED** that this reprimand is to be made a matter of public record and shall be appropriately recorded in accordance with the Texas Rules of Disciplinary Procedure.

### Attorney's Fees, Costs and Expenses

**IT IS ORDERED** that Respondent pay reasonable and necessary attorney's fees, costs and expenses in the amount of Five Hundred and No/100 Dollars ($500.00). All payments are to be remitted to the State Bar of Texas, Office of the Chief Disciplinary Counsel, 126 E. Nueva, Suite 200, San Antonio, Texas 78204, by money order, certified check, or cashier's check, contemporaneously with the signing of this *Judgment*.

All amounts ordered to be paid by Respondent herein are due to the misconduct of the attorney, assessed as a part of the sanction in accordance with Rule 1.06(Y) of the Texas Rules of Disciplinary Procedure, and intended by the parties to be non-dischargeable in bankruptcy. Any amount not paid shall bear interest in the amount of five percent (5%) per annum until paid and the State Bar of Texas shall have all writs and other post-judgment remedies against Respondent in order to collect all unpaid amounts.

All relief not expressly granted in this judgment is denied.

**SIGNED** this 27th day of March, 2007.

EVIDENTIARY PANEL
DISTRICT NO. 10B-1
STATE BAR OF TEXAS

_____
**Michael Ramos**
**10B-1 Panel Chair**

**AGREED AS TO BOTH FORM AND CONTENT**

_____
VINCENT A. LAZARO
State Bar No. 00789440
**Respondent**

_____
ROSS FISCHER
Assistant Disciplinary Counsel
State Bar No. 24004647
**Attorney for Petitioner**


**STATE OF TEXAS**           §
                             §
**COUNTY OF BEXAR**          §

BEFORE ME, the undersigned, a Notary Public in and for said county and state, on this day personally appeared VINCENT A. LAZARO, known to me to be the person whose name is subscribed to the foregoing instrument, and being by me first duly sworn, acknowledged to me that the same was agreed to and executed for the purposes therein expressed.

GIVEN UNDER my hand and seal of office this 20 day of February, 2006.

_____
NOTARY PUBLIC, STATE OF TEXAS



LISA ESCAMILLA
MY COMMISSION EXPIRES
MARCH 11, 2007